FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

OCT 0 6 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| COREY SIMPSON, | : | PRISONER HABEAS CORPUS |
| | | 28 U.S.C. § 2254 |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. |
| | | 1:04-CV-1905-MHS |
| VICTOR WALKER, | : | |
| Respondent. | : | |

### ORDER

Before the Court are petitioner's motions for a Certificate of Appealability ("COA") and for leave to appeal in forma pauperis. For the reasons set forth below, the Court denies petitioner's motion for COA and grants petitioner's motion for leave to appeal in forma pauperis.

Petitioner was convicted by a jury in 1999 in Fulton County Superior Court for felony murder, aggravated assault, and possession of a firearm during the commission of a felony. The trial judge sentenced petitioner to life imprisonment for the murder conviction plus five years' consecutive probation for the firearms conviction. The aggravated assault conviction merged with the murder conviction. On November 17, 2003, the Georgia Supreme Court affirmed petitioner's conviction and sentences.

AO 72A
(Rev.8/82)

Petitioner filed the instant federal habeas corpus petition pursuant to 28 U.S.C. § 2254 on June 29, 2004.

On March 3, 2005, Magistrate Judge Brill submitted a Report and Recommendation ("R&R") recommending that petitioner's habeas corpus petition be denied and the action be dismissed. On March 31, 2005, after no objections to the R&R had been filed, this Court reviewed and adopted the R&R, denied petitioner relief, and dismissed this action. The Clerk entered judgment in this case on April 1, 2005.

On April 14, 2005, petitioner filed a motion to set aside the Court's judgment, arguing that he had not received a copy of the R&R. Acting out of an abundance of caution, the Court granted petitioner's motion to set aside the judgment, vacated its order adopting the R&R and the Clerk's Judgment, and directed petitioner to file any objections to the R&R within ten days.

On August 12, 2005, after reviewing petitioner's objections, the Court adopted in part and rejected in part the R&R, denied petitioner's habeas corpus petition, and dismissed this case.

AO 72A
(Rev.8/82)

For petitioner to now obtain a COA, he must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see also Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). When the district court rejects the constitutional claims on the merits, the applicant must show "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." Id.

Petitioner has failed to make the showings necessary for the Court to issue a COA, and therefore, the Court DENIES petitioner's motion for a certificate of appealability [#17].

The Court GRANTS petitioner's motion for leave to proceed in forma pauperis [#18] because there is no evidence of bad faith and petitioner is financially eligible for in forma pauperis status.

IT IS SO ORDERED, this 6 day of October, 2005.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia